**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,           )<br>                                                     )<br>            Plaintiff,                        )<br>                                                     )<br>vs.                                             )<br>                                                     )<br>Linda Gallegos,                          )<br>                                                     )<br>            Defendant.                   )<br>_____) | CR 01-204-1-PHX-SMM<br><br><br><br><br><br>**ORDER** |

       A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on September 22, 2005.

       **THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived her right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

       **THE COURT FURTHER FINDS** that the Defendant has failed to sustain her burden of proof by clear and convincing evidence pursuant to Rule 46(c) FED.R.CRIM.P. that she is neither a flight risk nor a danger to the community. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

1    **IT IS ORDERED** that the Defendant shall be detained pending further order of the
2 court.

3    DATED this 23rd day of September, 2005.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge